1 | Kenneth E. Keller (SBN 71450) kkeller@ksrh.com
2 | Michael D. Lisi (SBN 196974) mlisi@ksrh.com
  | KELLER, SLOAN, ROMAN & HOLLAND LLP
3 | 555 Montgomery Street, 17th Floor
  | San Francisco, CA  94111
4 | Telephone:  (415) 249-8330
  | Facsimile:  (415) 249-8333
5 |
6 | Daniel J. Scully, Jr. (SBN 94661) dscully@clarkhill.com
  | CLARK HILL P.C.
7 | 500 WOODWARD Avenue, Suite 2500
  | Detroit, Michigan  48226
8 | Telephone: (313) 965-8468
  | Facsimile:  (313) 965-8252
9 |
10 | Attorneys for Defendant
   | Anesthesia Business Consultants LLC
11 |
   | Jeffrey Raskin (SBN 169096) jraskin@morganlewis.com
12 | Amy J. Talarico (SBN 209112) atalarico@morganlewis.com
   | MORGAN, LEWIS & BOCKIUS LLP
13 | One Market, Spear Street Tower
   | San Francisco, CA  94105
14 | Telephone:  (415) 442-1000
   | Facsimile:   (415) 442-1001
15 |
16 | Attorneys for Plaintiff Alan Buschman

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| ALAN BUSCHMAN, | ) Case No.:  CV13-1787 EMC |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [P~~ROPOSED~~]** |
| | ) **ORDER TO EXTEND MEDIATION** |
| ANESTHESIA BUSINESS CONSULTANTS | ) **DEADLINE** |
| LLC; and DOES 1 through 100, inclusive, | ) |
| Defendants. | ) |

1

Plaintiff Alan Buschman ("Plaintiff") and Defendant Anesthesia Business Consultants LLC ("ABC") hereby stipulate and agree as follows, subject to approval of the Court:

WHEREAS, on June 27, 2013, Plaintiff and ABC submitted a Stipulation and [Proposed] Order Selecting ADR Process, in which the parties stipulated to Court-sponsored Mediation and requested a deadline of December 31, 2013 to complete the mediation (ECF No. 8);

WHEREAS, on July 3, 2013, the Court entered an Order approving the parties' selection of Court-sponsored mediation, and setting a deadline of November 27, 2013 to complete the mediation (ECF No. 9);

WHEREAS, the parties have been and continue to conduct discovery in this matter;

WHEREAS, deposition discovery is ongoing and witness depositions are scheduled to continue into October and November;

WHEREAS, on September 13, 2013, the parties participated in a pre-mediation call with the mediator, Jonathan Gross;

WHEREAS, in light of the current deposition schedule, Mr. Gross proposed setting the mediation for December 10, 2013;

WHEREAS, in light of that proposed mediation date, the parties believe a short extension of the current ADR deadline is appropriate;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, and through their respective attorneys of record and subject to approval of the Court, that the deadline for completion of Court-sponsored mediation should be extended to December 10, 2013.

DATED: October 1, 2013                MORGAN, LEWIS & BOCKIUS, LLP

                                      By:___/s/_____
                                          Amy J. Talarico
                                          Jeffrey Raskin
                                          Attorneys for Plaintiff ALAN BUSCHMAN

/ / /

/ / /

1  DATED: October 1, 2013                      KELLER, SLOAN, ROMAN & HOLLAND, LLP

2                                               By:___/s/_____
                                                   Kenneth E. Keller
3                                                  Michael D. Lisi
                                                   Attorneys for Defendant ANESTHESIA
4                                                  BUSINESS CONSULTANTS LLC

5

6

7
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
8

9
   DATED: __10/11/13_____
10                                              _____
                                                Hon. Judge Edward M. Chen
11                                              United States

**GRANTED**
Judge Edward M. Chen

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE
CASE NO.: CV13-1787 EMC