Kenneth E. Keller (SBN 71450) kkeller@ksrh.com
Michael D. Lisi (SBN 196974) mlisi@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 249-8330
Facsimile:   (415) 249-8333

Daniel J. Scully, Jr. (SBN 94661) dscully@clarkhill.com
CLARK HILL P.C.
500 WOODWARD Avenue, Suite 2500
Detroit, Michigan  48226
Telephone: (313) 965-8468
Facsimile:  (313) 965-8252

Attorneys for Defendant
Anesthesia Business Consultants LLC

Jeffrey Raskin (SBN 169096) jraskin@morganlewis.com
Amy J. Talarico (SBN 209112) atalarico@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001

Attorneys for Plaintiff Alan Buschman

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| ALAN BUSCHMAN, | ) Case No.:  CV13-1787 EMC |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PR~~OPOSE~~D]** |
| | ) **ORDER TO EXTEND MEDIATION** |
| ANESTHESIA BUSINESS CONSULTANTS | ) **DEADLINE** |
| LLC; and DOES 1 through 100, inclusive, | ) |
| Defendants. | ) |

1

Plaintiff Alan Buschman ("Plaintiff") and Defendant Anesthesia Business Consultants LLC ("ABC") hereby stipulate and agree as follows, subject to approval of the Court:

WHEREAS, on June 27, 2013, Plaintiff and ABC submitted a Stipulation and [Proposed] Order Selecting ADR Process, in which the parties stipulated to Court-sponsored Mediation and requested a deadline of December 31, 2013 to complete the mediation (ECF No. 8);

WHEREAS, on July 3, 2013, the Court entered an Order approving the parties' selection of Court-sponsored mediation, and setting a deadline of November 27, 2013 to complete the mediation (ECF No. 9);

WHEREAS, the parties have been and continue to conduct discovery in this matter;

WHEREAS, deposition discovery is ongoing and witness depositions are scheduled to continue into October and November;

WHEREAS, on September 13, 2013, the parties participated in a pre-mediation call with the mediator, Jonathan Gross;

WHEREAS, in light of the current deposition schedule, Mr. Gross proposed setting the mediation for December 10, 2013;

WHEREAS, in light of that proposed mediation date, the parties believe a short extension of the current ADR deadline is appropriate;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, and through their respective attorneys of record and subject to approval of the Court, that the deadline for completion of Court-sponsored mediation should be extended to December 10, 2013.

DATED:  October 1, 2013                              MORGAN, LEWIS & BOCKIUS, LLP


                                                     By:___/s/_____
                                                        Amy J. Talarico
                                                        Jeffrey Raskin
                                                        Attorneys for Plaintiff ALAN BUSCHMAN

/ / /

/ / /

DATED: October 1, 2013                KELLER, SLOAN, ROMAN & HOLLAND, LLP

By:___/s/_____
   Kenneth E. Keller
   Michael D. Lisi
   Attorneys for Defendant ANESTHESIA
   BUSINESS CONSULTANTS LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __10/11/13_____        _____
   Hon. Judge Edward M. Chen
   United States

*GRANTED — Judge Edward M. Chen [signature stamp, United States District Court, Northern District of California]*