UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Edward M. Chen, District Judge


ALAN BUSCHMAN,                    )
                                  )
          Plaintiff,              )
                                  )
vs.                               )    No. C 13-01787-EMC
                                  )
ANESTHESIA BUSINESS               )
CONSULTANTS, LLC, et al.,         )
                                  )
          Defendants.             )
_____)

                                  San Francisco, California
                                  Thursday, December 19, 2013


 TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
            RECORDING 10:57 - 11:02 = 5 MINUTES


APPEARANCES:

For Plaintiff Alan Buschman:
                         Morgan, Lewis and Bockius, LLP
                         One Market, Spear Street Tower
                         San Francisco, California
                           94105
                    BY:  AMY JO TALARICO, ESQ.
                         JEFFREY SCOTT RASKIN, ESQ.







          (APPEARANCES CONTINUED ON NEXT PAGE)




*Echo Reporting, Inc.*

2

APPEARANCES:  (Cont'd.)

For Defendant Anesthesia
  Business Consultants, LLC:   Krieg, Keller, Sloan, Roman &
                                 Holland, LLP
                               555 Montgomery Street
                               17th Floor
                               San Francisco, California
                                 94111
                          BY:  KENNETH E. KELLER, ESQ.
                               MICHAEL DAVID LISI, ESQ.

Transcribed by:                Echo Reporting, Inc.
                               Contracted Court Reporter/
                               Transcriber
                               echoreporting@yahoo.com

3

Thursday, December 19, 2013                    10:57 a.m.

P-R-O-C-E-E-D-I-N-G-S

--oOo--

THE CLERK:  Calling case C 13-01787, Buschman versus Anesthesia Business.

Counsel, please come forward and state your appearance.

THE COURT:  State your appearances.

MS. TALARICO:  Your Honor, Amy Talarico and Jeffrey Raskin, counsel for Plaintiff Alan Buschman.

THE COURT:  All right.  Thank you, Ms. Talarico.

Good morning, Mr. Keller.

So you did participate I guess recently in a mediation session.  And since you're here, I take it the case did not resolve in that session.

Are there any follow-up plans?

MR. KELLER:  We left the door open for follow-up mediation.  The mediator is going to check back with us in some period of time, but I think for the time being, we're moving forward obviously.

THE COURT:  All right.  Is there anything further that can be done to facilitate any further ADR at this point, or do you feel just moving forward and setting a trial date is --

MR. KELLER:  I think that's where we are in the case, your Honor.  As I said, the mediator is going to check

4

back with us, but I think in terms of any further ...

THE COURT:  All right.

And you're anticipating three to five court days for this case, is the estimate I see in the statement, and it's a jury trial.

All right.  I can set this for September 8th, which would then give you a discovery cutoff date that would give you a little more time than you asked for but not much.  A March 20th cutoff for discovery would go along with that.

And in terms of further discovery, is there anything else that we need to address here?

MR. KELLER:  We've indicated in the statement, I think there are probably two to four fact depositions that we might pursue and obtaining some additional documents.

THE COURT:  Wait a minute.

Okay.  Then I don't know if we need to have any further status conference other than the pretrial conference in this case.  It seems like if -- you know how to go back to the mediator if you want.

And also if you decide at some juncture you would like to utilize a magistrate judge or some other process that we can offer, certainly just shoot me a note.  If either party is interested, I can effectuate that.

Otherwise, it sounds like discovery is under control and we just try this case.

5

MR. KELLER:  In terms of the pretrial conference, your Honor, when would that be?

THE COURT:  Oh, and I would get out a comprehensive order that has all the dates, but the pretrial conference just for your note would be August 26th.

All right.

MR. KELLER:  Maybe we could move the trial date out a couple of weeks.  Mr. Lisi has just got some issues in August that if we have a pretrial conference then, in terms of getting the pretrial filings done it might just be difficult.

MS. TALARICO:  We don't agree to that.  We've already tried for a trial date in June, so this is considerably further than what we had --

THE COURT:  Yes.  I could advance the pretrial conference if you want.  I mean I could make it earlier.

MR. KELLER:  Your Honor, I don't want to create a problem.  Let's just leave it where it is.

THE COURT:  All right.

Okay.  So September 8th trial, and we'll see you at the pretrial conference absent a need to get together before then on August 26th.

And I'll get out a comprehensive scheduling order.

MR. KELLER:  Thank you, your Honor.

MS. TALARICO:  Thank you, your Honor.

6

THE COURT:  All right.  Thank you.

(Proceedings adjourned at 11:02 a.m.)

7

CERTIFICATE OF TRANSCRIBER

    I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U.S. District Court, Northern District of California, of the proceedings taken on the date and time previously stated in the above matter.

    I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken; and, further, that I am not financially nor otherwise interested in the outcome of the action.

                    Echo Reporting, Inc., Transcriber

                        Monday, July 28, 2014