UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Elizabeth D. Laporte, Magistrate Judge

ALAN BUSCHMAN,                    )
                                  )
          Plaintiff,              )
                                  )
vs.                               )    No. C 13-01787-EMC (EDL)
                                  )
ANESTHESIA BUSINESS               )
CONSULTANTS, LLC, et al.,         )
                                  )
          Defendants.             )
_____)

                                  San Francisco, California
                                  Tuesday, September 2, 2014

 TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
      RECORDING 5:12 - 5:15/5:19 - 5:24 = 8 MINUTES

APPEARANCES:

For Plaintiff Alan Buschman:
                          Morgan, Lewis and Bockius, LLP
                          One Market, Spear Street Tower
                          San Francisco, California
                            94105
                     BY:  AMY JO TALARICO, ESQ.
                          MICHAEL E. MOLLAND, ESQ.

          (APPEARANCES CONTINUED ON NEXT PAGE)

2

APPEARANCES:   (Cont'd.)

For Defendant Anesthesia
   Business Consultants, LLC:   Krieg, Keller, Sloan, Roman &
                                    Holland, LLP
                                555 Montgomery Street
                                17th Floor
                                San Francisco, California
                                   94111
                          BY:   KENNETH E. KELLER, ESQ.
                                GARTH A. ROSENGREN, ESQ.

Transcribed by:                 Echo Reporting, Inc.
                                Contracted Court Reporter/
                                Transcriber
                                echoreporting@yahoo.com

3

Tuesday, September 2, 2014                              5:12 p.m.

                      P-R-O-C-E-E-D-I-N-G-S

                            --oOo--

        THE CLERK:  Calling case 13CV1787-EMC, Buschman versus Anesthesia Business Consultants, LLC.

    Counsel, please state your appearances for the record.

        MR. MOLLAND:  Michael Molland for Plaintiff, Alan Buschman.

        THE COURT:  Thank you.

        MR. KELLER:  Good afternoon, your Honor.  Ken Keller and Garth Rosengren for the Defendant.

        THE COURT:  Thank you.  And I'm going to ask the Plaintiff to please speak into the microphone and give your name and who you are.

        MR. BUSCHMAN:  Alan Buschman.

        THE COURT:  Thank you.  And you are the Plaintiff?

        MR. BUSCHMAN:  I am the Plaintiff.

        THE COURT:  All right, very good.

    And then for the Defendant we have --

        MR. KELLER:  Mr. Travlers (sic) -- Mr. Thomas (phonetic) of Travelers was here, he stepped out.  Do you need him?

        THE COURT:  (Inaudible response.)

        MR. KELLER:  Do you want to go get him then, Garth?

4

(Pause.)

THE COURT:  Let's go off the record.

(Proceedings recessed briefly at 5:15 p.m.)

THE CLERK:  Recalling case 13CV1787-EMC, Buschman versus Anesthesia Business Consultants, LLC.

Counsel, please restate your appearances for the record.

MR. MOLLAND:  Michael Molland for the Plaintiff, Alan Buschman.

THE COURT:  Thank you.

MR. KELLER:  Kenneth Keller and Garth Rosengren for Defendant.

THE COURT:  All right.  And the Plaintiff?

MR. BUSCHMAN:  Alan Buschman, Plaintiff.

THE COURT:  Thank you.

And the insurance representative from Travelers?

MR. THOMAS:  Wil (phonetic) Thomas for Travelers.

THE COURT:  Thank you.

I believe the parties have reached a settlement and they wish to address and put on the record all of the material terms of the settlement, and although they contemplate further reducing this to writing, if possible, if for any reason that does not occur, the settlement I believe, is intended by the parties to be binding and effective as stated on the record; is that correct, Counsel?

5

MR. MOLLAND:  That's correct, your Honor.

MR. KELLER:  That's correct, your Honor.

THE COURT:  All right.  So would one of you please state the terms then?

MR. MOLLAND:  I will state the terms and if I miss anything, or Mr. Keller wants to add them, he can do so thereafter.

THE COURT:  Right.  I would suggest that if there is anything of that nature, we should go off the record, discuss it, and then go back on the record.  Thank you.

MR. MOLLAND:  Very good.

Term number one, Defendant shall pay Plaintiff $485,000.  Term number two, the parties will issue mutual releases of all claims, which were brought in this action, or which could have been brought in this action.  Number three, the settlement shall be confidential, as to the amount of the settlement as to any third parties, but not confidential as to the fact that this action was resolved through settlement, provided that the parties agree that the settlement represents payment of benefits due under group disability policy 581086011, issued by Unam (phonetic) Insurance Company, and premiums were paid and scheduled to be paid for this policy in post-tax dollars, and therefore the settlement proceeds shall be treated as non-taxable disability insurance payment -- or payments.

6

Term number four, the parties agree to execute a written agreement memorializing, in more detail, the terms of the settlement.  Term number five, payment of the $485,000 shall be made by Defendant to Plaintiff within 30 days of the time that both parties sign a written settlement agreement.  Or, if no written settlement agreement is signed, within 90 days of today.

Term number next, any confidentiality as to the settlement shall not apply to Plaintiff's disclosure of the settlement to either the IRS or his accountant, or for any purposes which relate to the payment of taxes by the Plaintiff.

Those are the terms I have.  Mr. Keller?

MR. KELLER:  The only additional ones I believe, your Honor, number one is while we agree to the language that Counsel has just read into the record, the Defendant makes no representation or warranty as to the tax consequences of the settlement.  We offer, obviously, no tax advice and cannot comment on the taxability, or lack thereof.

And the only other term I believe, your Honor, is each sign is to bear its own attorney's fees and costs.

THE COURT:  Okay.  And in terms of the mutual releases, is that a waiver of Civil Code 1542, release of all claims known and unknown against each other?

MR. MOLLAND:  If that's the code section that waives claims known --

THE COURT:  Yes.

MR. MOLLAND:  -- or unknown, it is.

THE COURT:  It is that, yes.

MR. KELLER:  Yes, your Honor.

THE COURT:  California Civil Code 1542.

MR. KELLER:  And, obviously, the release would be as to, not only the Defendant, but its predecessor, successors, insurers, attorneys, et cetera.  Standard language as to the release parties.

THE COURT:  Is that correct?

MR. MOLLAND:  That's -- standard language that pertains to that is acceptable.

THE COURT:  All right, very good.

Then I'm going to now ask the Plaintiff, Dr. Buschman, first of all, do you understand the terms of the settlement as just stated?

MR. BUSCHMAN:  I do.

THE COURT:  And do you agree with them?

MR. BUSCHMAN:  I do.

THE COURT:  Thank you.

And let me ask Travelers, who is here on behalf of the insured, and I believe is funding the settlement, do you -- and so you're a representative, Mr. Thomas; do you

8

understand the terms of the settlement as stated?

MR. THOMAS:  Yes I do, your Honor.

THE COURT:  And do you agree to them?

MR. THOMAS:  Yes, your Honor.

THE COURT:  Thank you very much.

All right.  I thank everybody.  It's been a long afternoon, I appreciate everyone's hard work.  Thank you.

ALL:  Thank you, your Honor.

(Proceedings adjourned at 5:24 p.m.)

9

<u>CERTIFICATE OF TRANSCRIBER</u>

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U.S. District Court, Northern District of California, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken; and, further, that I am not financially nor otherwise interested in the outcome of the action.

Echo Reporting, Inc., Transcriber

Friday, September 5, 2014