MORGAN, LEWIS & BOCKIUS LLP
JEFFREY S. RASKIN (California SBN 169096)
jraskin@morganlewis.com
AMY J. TALARICO (California SBN 209112)
atalarico@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:  415.442.1001

MOLLAND LAW
MICHAEL E. MOLLAND (California SBN 111830)
mmolland@mollandlaw.com
30 Fifth Street, 2nd Floor
Petaluma, CA 94952
Tel:  707.202.5511
Fax: 707.202.5513

Attorneys for Plaintiff
ALAN BUSCHMAN

KELLER, SLOAN, ROMAN & HOLLAND LLP
KENNETH E. KELLER (California SBN 71450)
kkeller@ksrh.com
GARTH A. ROSENGREN (California SBN 215732)
grosengren@kksrr.com
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tel:   415.249.8330
Fax:  415.249.8333

Attorneys for Defendant
ANESTHESIA BUSINESS CONSULTANTS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN BUSCHMAN,<br><br>Plaintiff,<br><br>v.<br><br>ANESTHESIA BUSINESS CONSULTANTS LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:13-cv-01787 EMC<br><br>**STIPULATION AND [PR~~OP~~OSED] ORDER TO DISMISS DEFENDANT ANESTHESIA BUSINESS CONSULTANTS LLC** |

DB2/ 25368512.1

1   COME NOW Plaintiff ALAN BUSCHMAN ("Plaintiff") and Defendant ANESTHESIA BUSINESS CONSULTANTS LLC ("ABC" or "Defendant") who file the following joint stipulation:

WHEREAS, Plaintiff has agreed to dismiss ABC from this action:

IT IS HEREBY STIPULATED by Plaintiff and ABC that all claims against ABC shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: October 7, 2014            MORGAN, LEWIS & BOCKIUS LLP

                                  By  /s/ Amy J. Talarico
                                  AMY J. TALARICO
                                  Attorneys for Plaintiff
                                  ALAN BUSCHMAN

Dated: October 7, 2014            MOLLAND LAW

                                  By  /s/ Michael E. Molland
                                  MICHAEL E. MOLLAND
                                  Attorneys for Plaintiff
                                  ALAN BUSCHMAN

Dated: October 7, 2014            KELLER, SLOAN, ROMAN & HOLLAND LLP

                                  By  /s/ Kenneth E. Keller
                                  KENNETH E. KELLER
                                  Attorneys for Defendant
                                  ANESTHESIA BUSINESS CONSULTANTS LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25368512.1

1

STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT ANESTHESIA BUSINESS CONSULTANTS LLC
CASE NO. 3:13-CV-01787 EMC

1  [PROPOSED] ORDER

2  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

3  PLEASE TAKE NOTICE that The Court has considered the stipulation submitted by Plaintiff and ABC, jointly requesting an order dismissing with prejudice Plaintiff's action against ABC.

Good cause appearing, it is hereby ORDERED that:

1. The stipulation of these parties is approved.
2. Plaintiff's action against ABC is hereby dismissed with prejudice.

Date:   10/15/14



IT IS SO ORDERED
Judge Edward M. Chen

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25368512.1

2

STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT ANESTHESIA BUSINESS CONSULTANTS LLC
CASE NO. 3:13-CV-01787 EMC